CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 3 2008

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MELVIN GARY STAMPER, | ) | |
|     Petitioner, | ) | Civil Action No. 7:08-cv-00232 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above referenced 28 U.S.C. § 2254 petition is **DENIED** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 3rd day of June, 2008.

_____
United States District Judge